IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CR407-01 |
| | ) | |
| RAFAEL G. RAZURI and | ) | |
| ERIC J. BATY, | ) | |
| | ) | |
| Defendants. | ) | |

## O R D E R

Counsel in the above-captioned case have advised the Court that all pretrial motions have been complied with and/or that all matters raised in the parties' motions have been resolved by agreement. Therefore, all pretrial motions are hereby moot, and a hearing in this case is deemed unnecessary.

SO ORDERED, this 30TH day of May, 2007.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA